IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**TERRY FOSTER and**                                                        **PLAINTIFFS**
**JANIE BREWER**

**v.**                  **Case No. 3:20-cv-00285-BSM**

**LOCAL 1516 INTERNATIONAL BROTHERHOOD**
**OF ELECTRICAL WORKERS,** *et al.*                             **DEFENDANTS**

## ORDER

Terry Foster and Janie Brewer have fourteen days to file a brief in support of their motion to proceed, Doc. No. 1, explaining why they need leave of court to prosecute their claims.

IT IS SO ORDERED this 22nd day of September, 2020.

*[signature: Brian S. Miller]*
UNITED STATES DISTRICT JUDGE