# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

TERRY FOSTER and  PLAINTIFFS
JANIE BREWER

v.  CASE NO. 3:20-CV-00285-BSM

INTERNATIONAL BROTHERHOOD OF
ELECTRICAL WORKERS, LOCAL 1516, *et al.*  DEFENDANTS

## ORDER

Plaintiffs' claims against the International Brotherhood of Electrical Workers, Local 1516; Kirk Douglas; Sandra Lee; Shawn Phares; David McDonald; Thomas Wigton; Dave Dobbins; Larry Dauk; Josh Hardin; Clinton Johnson; Bill Winn; and William Watson (together "1516 defendants") are dismissed *sua sponte* because this court has already determined in an identical case that there was not "good cause" for the claims to proceed pursuant to 29 U.S.C. § 501(b). *Foster v. Int'l Brotherhood of Electrical Workers Local 1516*, No. 3:20-cv-222-DPM, 2020 WL 6074631, at *1 (E.D. Ark. Sep. 16, 2020). *See Arizona v. California*, 530 U.S. 392, 412 (2000) (a court may dismiss a case *sua sponte* when it has previously decided the issue presented). When permission was given for plaintiffs to proceed, Doc. No. 5, nothing in the record indicated that *Foster,* 2020 WL 6074631 had been decided. Finally, plaintiffs' civil conspiracy claims against the 1516 defendants are dismissed because civil conspiracy is not a stand-alone claim. *See Graham v. Catamaran Health Solutions, LLC*, 940 F.3d 401, 408 (8th Cir. 2017). Defendants' motion for an immediate status conference [Doc. No. 31] is denied as moot.

IT IS SO ORDERED this 27th day of May, 2021.

_____
UNITED STATES DISTRICT JUDGE