**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

**TERRY FOSTER and**                                                                 **PLAINTIFFS**
**JANIE BREWER**

**v.**                              **CASE NO. 3:20-CV-00285-BSM**

**INTERNATIONAL BROTHERHOOD OF**
**ELECTRICAL WORKERS, LOCAL 558,** *et al.*                    **DEFENDANTS**

## **JUDGMENT**

Consistent with the order entered today, this case is dismissed.

IT IS SO ORDERED this 2nd day of June, 2021.


_____
UNITED STATES DISTRICT JUDGE