IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**TERRY FOSTER and**  **PLAINTIFFS**
**JANIE BREWER**

v.          Case No. 3:20-cv-00285-BSM

**INTERNATIONAL BROTHERHOOD OF**
**ELECTRICAL WORKERS, LOCAL 1516,** *et al.*          **DEFENDANTS**

### ORDER

Plaintiffs' motion for reconsideration [Doc. No. 37] is denied. *Broadway v. Norris*, 193 F.3d 987, 990 (8th Cir. 1999).

IT IS SO ORDERED this 14th day of June, 2021.

_____
UNITED STATES DISTRICT JUDGE